**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO. 03-51434** |
| **SHERMAN, ANNA L.** | ) | |
| | ) | |
| **Debtor.** | ) | |

**MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
PURSUANT TO LOCAL RULE 3010-1.**

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3010-1 states and alleges as follows;

1.      That the above captioned Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on November 5, 2003.

2.      That Bruce E. Strauss was appointed to administer the assets of the Debtor's bankruptcy estate.

3.      That the Trustee collected funds totaling $8,419.25.

4.      That on September 17, 2010 this Court entered an order approving of a final distribution.

5.      That included in the distribution was the return of excess funds to Debtor Anna Sherman totaling $1,637.49.

6.      That the check mailed to the Debtor at her address as filed with the Court was returned to the Trustee.

7.      That the Trustee contacted the Debtor's attorney to obtain an updated address however he did not have one, nor was he able to contact the debtor by telephone.  That the trustee conducted a yellow pages search for the debtor but was only able to locate the pervious address.

8.      That the Trustee wishes to pay the funds into the Court registry in order to avoid the undue expense of attempting to locate the Debtor and given the large amount of time which has passed since the case was filed.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $1,637.49 into the Court Registry and for such other and further relief as the Court deems just.

Merrick, Baker & Strauss, P.C.
/s/ Harrison E. Strauss
Harrison E. Strauss, Bar No. 61043
ATTORNEY FOR TRUSTEE
1044 Main St., Suite 400
Kansas City, MO 64105
(816) 221-8855 – (816) 221-7886 (FAX)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

/s/ Harrison E. Strauss
Harrison E. Strauss