**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 03-51434** |
| **SHERMAN, ANNA L. (LONG)** ) | |
| ) | |
| **Debtors.** ) | |

**MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY**
**PURSUANT TO LOCAL RULE 3010-1.**

    **COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3010-1 states and alleges as follows;

    1.    That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on November 05, 2003.

    2.    That Bruce E. Strauss was appointed to administer the assets of the debtor's bankruptcy estate.

    3.    That the trustee collected funds totaling $16,839.00.

    4.    That on September 17, 2010 this Court entered an order approving of a final distribution.

    5.    That included in the distribution was an unsecured claim filed by Heilig Meyers Master Trust in the amount of $1,500.41.

    6.    That the trustee distributed $1,632.73 to this claim on September 20, 2010.  That the check was returned not deliverable as addressed and unable to forward.

    7.    That the trustee has attempted to locate a new address for Heilig Meyers Master Trust company but has been unsuccessful.

    8.    That the trustee wishes to pay the funds into the Court registry in order to avoid the undue expense of attempting to locate the creditor given the age of the claim.

    **WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $1,632.73 into the Court Registry and for such other and further relief as the Court deems just.

        Merrick, Baker & Strauss, P.C.
        /s/ Harrison E. Strauss
        Harrison E. Strauss, Bar No. 61043
        ATTORNEY FOR TRUSTEE
        1044 Main St., Suite 400
        Kansas City, MO 64105
        (816) 221-8855 – (816) 221-7886 (FAX)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

        /s/ Harrison E. Strauss
        Harrison E. Strauss