**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 03-51434** |
| **SHERMAN, ANNA L. (LONG)** ) | |
| ) | |
| **Debtors.** ) | |

### MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY PURSUANT TO LOCAL RULE 3010-1.

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3010-1 states and alleges as follows;

1. That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on November 05, 2003.

2. That Bruce E. Strauss was appointed to administer the assets of the debtor's bankruptcy estate.

3. That the trustee collected funds totaling $16,839.00.

4. That on September 17, 2010 this Court entered an order approving of a final distribution.

5. That included in the distribution were two unsecured claims filed by Hannibal Regional Hospital in the total amount of $2,922.90.

6. That the trustee distributed $1,368.99 to these claims on September 20, 2010. That this amount reflected full payment on the claims after an interim distribution had been made on June 21, 2007.

7. That on October 19, 2010 Hannibal Regional Hospital sent a check in the amount of $1368.99 back to the trustee indicating that the claims had been paid in full.

8. That all other claims filed in this case have been paid in full, and therefore the funds properly belong to the debtor, Anna L. Sherman.

9. That this court has previously entered an order approving of the deposit of funds belonging to Anna L. Sherman (doc. #30) into the court registry. The trustee and the attorney for the debtor have been unsuccessful in locating the debtor and are not able to turn the funds over to

her.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $1,368.99 into the Court Registry and for such other and further relief as the Court deems just.

> Merrick, Baker & Strauss, P.C.
> /s/ Harrison E. Strauss
> Harrison E. Strauss, Bar No. 61043
> ATTORNEY FOR TRUSTEE
> 1044 Main St., Suite 400
> Kansas City, MO 64105
> (816) 221-8855 – (816) 221-7886 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

> /s/ Harrison E. Strauss
> Harrison E. Strauss